NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000544**
**27-JAN-2017**
**09:50 AM**

NO. CAAP-16-0000544

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STEVEN ROBERTSON, Plaintiff-Appellee, v.
RICHARD D. ECKERLE, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 14-1-166K)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.

Upon consideration of pro se Defendant-Appellant Richard D. Eckerle's January 19, 2017 Motion for Reconsideration, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is granted to the extent that appeal No. CAAP-16-0000544 is reinstated; however, we affirm the dismissal of the motions that were pending.

IT IS FURTHER ORDERED that Appellant shall pay the required filing fees within 10 days from the date of this order. Failure to pay the filing fees will result in dismissal of this appeal.

DATED: Honolulu, Hawai'i, January 27, 2017.

Presiding Judge

Associate Judge

Associate Judge